```
                            F I L E D
                       CLERK, U.S. DISTRICT COURT
                            3/29/2023
                       CENTRAL DISTRICT OF CALIFORNIA
                       BY: ____TV____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00150 -GW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition] |
| JUAN NEGRETE,<br>  aka "Risky," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about May 6, 2022, in Los Angeles County, within the Central District of California, defendant JUAN NEGRETE, also known as "Risky," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

1. A Century Arms, model RAS47, 7.62x39 caliber firearm, with the butt stock removed, bearing serial number RAS47046963;

2. A Canik, model TP-9 Elite SC, 9mm caliber pistol, bearing serial number 20CB08663; and

3. Approximately 205 rounds of ammunition, namely, four rounds of Fiocchi 9mm caliber ammunition, two rounds of Hornady 9mm caliber

ammunition, one round of Remington Ammunition 9mm caliber ammunition, one round of STV 9mm caliber ammunition, one round of CCI/Speer, Federal Cartridge Company, or Luvata Appleton 9mm caliber ammunition, 11 rounds of CCI/Speer, Federal Cartridge Company, or Luvata Appleton 7.62 caliber ammunition, two rounds of Winchester 9mm caliber ammunition, eight rounds of Igman d.d. 7.62 caliber ammunition, 56 rounds of Ulyanovsk 7.62x39 caliber ammunition, 36 rounds of Poongsan Metals Corporation 7.62 caliber ammunition, four rounds of Tula Cartridge Works 7.62 caliber ammunition, 58 rounds of 7.62 caliber ammunition of unknown manufacturer, 11 rounds of 7.62 caliber ammunition of unknown manufacturer, eight rounds of Vympel 7.62 caliber ammunition, one round of Hirtenberger Patronen 9mm caliber ammunition, and one round of Suvenir 7.62 caliber ammunition.

Defendant NEGRETE possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.  Possession, Manufacture, or Sale of a Dangerous Weapon, in violation of California Penal Code Section 12020(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA035045, on or about April 29, 1999;

2.  Possession of Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Los Angeles, Case No. GA034845, on or about April 29, 1999;

3.  Receiving Stolen Property, in violation of California Penal Code Section 496(a), in Superior Court for the State of California, County of Los Angeles, Case No. GA035214, on or about April 29, 1999;

    4.   Second Degree Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number GA046061, on or about May 31, 2001;

    5.   Trafficking in Cocaine, in violation of Idaho Code Section 32-2732B(a)(2), in the District Court of the Third Judicial District of the State of Idaho, County of Canyon, Case Number 2009-20518*C, on or about December 7, 2009; and

    6.   Grand Theft, in violation of California Penal Code Section 487(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA100247, on or about January 24, 2017.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SURIA M. BAHADUE
Assistant United States Attorney
Criminal Appeals Section