# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
3/29/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TV DEPUTY

Case Number: 2:23-cr-00150 -GW
U.S.A. v. Juan Negrete
Defendant Number:
Year of Birth: 1979
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): ATF

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: May 6, 2022

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles    [ ] Ventura
[ ] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other

Citation of Offense: 18 U.S.C. 922(g)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[ ] No    [✓] Yes
If "Yes," Case Number: 2:22-CR-00576-SB

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): 2:22-CR-00576-SB

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?    [✓] No    [ ] Yes
IF YES, provide Name: N/A
Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [✓] No
This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number N/A
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes    [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect:
N/A

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): Risky

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☑ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☑ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration:  ☑ State  ☐ Federal
b. Name of Institution: High Desert State Prison
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge.  Date and time of arrest: N/A
e. On another conviction:  ☑ Yes  ☐ No
   IF YES: ☑ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: N/A

Date: 03/28/2023

*Suria M. Bahadue*
Signature of Assistant U.S. Attorney
Suria Bahadue
Print Name